THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE MATHENY and TAMI PULOS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE BELL,<br><br>Defendant. | : CIVIL ACTION NO. 3:20-CV-2065<br>: (JUDGE MARIANI) |

## ORDER

AND NOW, THIS 26th DAY OF APRIL 2021, the Court having been informed that the above-captioned action has been resolved, **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

FILED
SCRANTON

APR 26 2021

PER _____
DEPUTY CLERK

Robert D. Mariani
United States District Judge